CENTRAL HANOVER BANK AND TRUST COMPANY, as Ancillary Committee of CLARK WILLIAMS, an Incompetent Person v. FREDERICK H. CLARKSON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ. [See *ante*, p. 692.]

DANIEL J. RICE, INC., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 742.]

In the Matter of the Application of HYMAN TELLES, for an Order Reinstating Him as a Member and as Vice-President of the Homler Progressive Society, Inc. HOMLER PROGRESSIVE SOCIETY, INC., et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 736.]

ELSIE JELLINEK v. LIBERTY BANK OF BUFFALO, as Administrator of the Estate of EDWARD L. JELLINEK, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs, and the time of the plaintiff within which to serve the bill of particulars is extended until ten days after service of order with notice of entry thereof. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 744.]

PROVISIONAL GOVERNMENT OF THE FRENCH REPUBLIC v. JOHN B. CABOT et al., Individually and as Trustees of Cabot Investment Co., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, with leave to the defendants-appellants to answer the amended complaint within five days after service of order with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered herein on April 27, 1945. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 745.]

WILLIAM F. ALLMENDINGER v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 691.]

MICHAEL MYERBERG v. EDWIN S. WEBSTER, JR., et al., Copartners under the Name of Kidder, Peabody & Co., and Walt Disney Productions.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 687.]

ROLAND BOTHNER v. ELIZABETH T. KEEGAN, Doing Business as JAMES P. KEEGAN COMPANY et al., and AUTO CAR SALES COMPANY, INC.— Motion for resettlement of order of this court entered May 4, 1945, granted. Order resettled and filed. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 766.]

### (May 25, 1945.)

BENJ. SCHOTTLAND & Co., INC., Appellant, v. SODECO TRADING CORP., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.